# Order

Michigan Supreme Court
Lansing, Michigan

July 31, 2006

Clifford W. Taylor,
Chief Justice

130822 & (18)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130822
COA: 268198
Jackson CC: 05-001181-FH

FRANKIE DAVID HALL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

d0724